IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CONTRERAS,<br><br>       Petitioner,<br><br> v.<br><br>R.J. SUBIA,<br><br>       Warden, Mule Creek State Prison, Respondent. | No. 2:07–CV–01626–NRS<br><br><br><br>ORDER |

      Petitioner Contreras is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Contreras challenges the California Board of Parole Hearings's refusal to grant him parole.  After Contreras filed his petition, the Ninth Circuit Court of Appeals granted rehearing en banc in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. May 16, 2008), which may directly impact Contreras's petition.

      Accordingly, IT IS HEREBY ORDERED that, within twenty days of the date of this order, the parties shall show cause why this action should not be administratively stayed pending the Ninth Circuit's resolution in *Hayward*.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: **February 19, 2009**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge

2

PDF created with pdfFactory trial version www.pdffactory.com